# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AL FLORA, JR.,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-1049** |
| v. : | |
| **LUZERNE COUNTY and ROBERT** : | **(JUDGE MANNION)** |
| **LAWTON, County Manager,** | |
| **in his official capacity,** : | |
| **Defendants** : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion to dismiss the plaintiff's complaint, **(Doc. No. 9)**, is **GRANTED**;

**(2)** the plaintiff's First Amendment retaliation claim is dismissed with prejudice for the plaintiff's failure to state a claim upon which relief can be granted;

**(3)** the plaintiff's state law claims are dismissed without prejudice to re-filing in the state court as this court declines to exercise supplemental jurisdiction over those claims;

**(4)** the plaintiff's motion for a preliminary injunction, **(Doc. No. 4)**, is **DISMISSED**; and

**(5)** the Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 10, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1049-01.ORDER.wpd